In the Matter of THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent, against PUBLIC SERVICE COMMISSION, Appellant.

(Argued January 9, 1936; decided January 28, 1936.)

*Charles G. Blakeslee* for appellant.

*Joseph Rosch, Alfred D. Kelly* and *Carleton W. Meyer* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.